**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **KEN LAVERGNE** | **CIVIL CASE NO. 2:26-CV-01043** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AT&T INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting Plaintiff's objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is hereby

ORDERED that the AT&T DEFENDANTS' RULE 12(B)(6) & 12(B)(1) MOTION TO DISMISS [Doc. 8] is GRANTED, and that all claims by Plaintiff Ken Lavergne, acting *pro se* herein, are DISMISSED WITH PREJUDICE.

ORDERED that the PLAINTIFF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [Doc. 14] is DENIED as futile.

THUS, DONE AND SIGNED in chambers on this 30th of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE